UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Wilbur Ray Willoughby, )
              Plaintiff, )
)
v. ) **JUDGMENT**
)
Carolyn W. Colvin, ) No. 7:14-CV-93-BO
*Acting Commissioner of Social Security*, )
              Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 13] is DENIED and defendant's motion for judgment on the pleadings [DE 17] is GRANTED. The decision of the ALJ is AFFIRMED.

This case is closed.

**This judgment filed and entered on May 27, 2015, and served on:**

Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

May 27, 2015

JULIE RICHARDS JOHNSTON, CLERK
By: Deputy Clerk